IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 10-22 |
| | ) | |
| CHRISTOPHER BEARDSLEY | ) | |

**ORDER OF COURT**

AND NOW, this 14th day of June, 2010, upon consideration of the foregoing Motion to Seal, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is hereby GRANTED and Defendant is permitted to file an Ex Parte Motion under seal.

_____
Gary L. Lancaster
Chief United States District Judge

cc: Counsel of Record