IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 10-22 |
| | ) | |
| CHRISTOPHER BEARDSLEY | ) | |
| | ) | |

ORDER OF CRIMINAL FORFEITURE
AGAINST CHRISTOPHER BEARDSLEY

AND NOW, this 18th day of Oct, 2010, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All right, title and interest of Christopher Beardsley in the following property are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 2253(a)(3): One E-Machine computer, Model W3107, Serial Number CCA5B50008431.

2. This Order of Forfeiture Against Christopher Beardsley is made part of the criminal judgment against Christopher Beardsley and incorporated into his sentence pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate all third-party claims.

_____ J.