IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 10-22 |
| | ) | |
| CHRISTOPHER BEARDSLEY | ) | |
| | ) | |

## FINAL ORDER OF FORFEITURE

AND NOW, this 21st day of _____, 2010, it is hereby ORDERED, ADJUDGED and DECREED that the E-Machine computer, Model W3107, Serial Number CCA5B50008431 is hereby forfeited to the United States pursuant to 18 U.S.C. § 2253(a)(3), for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity, including without limitation Christopher Beardsley.

_____
United States District Court